**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2223**

YOLANDA BELL,

        Plaintiff - Appellant,

    v.

DEPARTMENT OF DEFENSE,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:14-cv-00470-TSE-IDD)

Submitted: April 30, 2015        Decided: May 20, 2015

Before KEENAN and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Yolanda Bell, Appellant Pro Se.  Michael Anthony Rizzotti, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yolanda Bell appeals the district court's orders granting summary judgment in favor of the Department of Defense in her civil action, and denying her fifth motion for an extension of time to file her response to the motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bell v. Dep't of Def., No. 1:14-cv-00470-TSE-IDD (E.D. Va. Oct. 3, 2014; Oct. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

AFFIRMED